IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00951-RPM-CBS

NICOLE FIKE,

        Plaintiff,

v.

CORPORATE COLLECTION SERVICES, INC., an Ohio corporation,

        Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

        THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

        DATED: August 29th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge